**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 11, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00176-CV

---

## IN THE ESTATE OF BILLIE LEE MARTIN, DECEASED,

---

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. P09-52**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 5, 2012. On December 4, 2014, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.